# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Cardoso,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pick A Part LLC, et al.,<br><br>　　　　Defendants. | No. CV-18-04759-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation of Settlement and Release (Doc. 55), and good cause appearing,

**IT IS ORDERED** that the Joint Stipulation of Settlement and Release (Doc. 55) is **granted**. The Joint Stipulation is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201–219.

**IT IS FURTHER ORDERED** that the above-captioned action is dismissed with prejudice. The Clerk of the Court is kindly directed to terminate this action.

Dated this 22nd day of November, 2019.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge